IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00665-KAS

VARLAM JANGVELADZE,

    Plaintiff,

v.

ROBERT HAGAN, Director of the Denver Field Office for U.S. ICE, and
WARDEN OF THE DENVER CONTRACT DETENTION FACILITY,

    Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

This matter is before the Court sua sponte. Petitioner filed the instant Petition for Writ of Habeas Corpus on February 18, 2026. *Petition* [#1]. This Court issued an Order on February 20, 2026, that Respondents show cause why the writ should not be granted within five days from the date of service. *Order* [#4].

On February 20, 2026, the Clerk of Court issued a certificate of service stating that copies of the Petition and the Order to Show Cause were sent via certified mail to the Warden at the Denver Contract Detention Facility, to Defendant Hagan at the Denver Field Office for U.S. ICE, and to the U.S. Attorney General's Office in Washington D.C. *Certificate of Service* [#5]. The Certificate states that copies were also sent to the United States Attorney's Office for the District of Colorado by email. *Id.* However, counsel for the Respondents have not yet appeared.

Although some courts exercise discretion to serve the respondents in cases brought under 28 U.S.C. § 2241,[1] it is ultimately the Petitioner's burden to effectuate service of process. *See* FED. R. CIV. P. 4. To ensure that all parties have been properly served, and to ensure timely adjudication of this matter,

IT IS HEREBY **ORDERED** that Petitioner shall hand deliver a copy of the Petition [#1], the Order to Show Cause [#4], and this Minute Order to the United States Attorney's Office for the District of Colorado no later than **March 13, 2026**. Petitioner shall also file proof of service showing that Respondents were served in compliance with Rule 4.

_____

[1] *See* Rule 4, Rules Governing Section 2254 Cases; *Boutwell v. Keating*, 399 F.3d 1203, 1210 n.2 (10th Cir. 2005) (finding that the district court "acted within its discretion by applying the Section 2254 Rules to this § 2241 petition").

Dated: March 6, 2026