IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00665-KAS

VARLAM JANGVELADZE,

     Petitioner,

v.

GEORGE VALDEZ,[1] in his official capacity as Director of ICE's Denver Field Office, and
WARDEN OF THE DENVER CONTRACT DETENTION FACILITY,

     Respondents.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

     This matter is before the Court on Petitioner's Motion to Enforce Judgment [#9] (the "Motion"). In the Motion [#9], Petitioner states that he received a bond hearing on March 2, 2026, and that bond was set at $60,000. *Motion* [#9] at 5. He asked the Court to either order his immediate release on appropriate conditions or order a new bond hearing before a different immigration judge that "complies with due process." *Id.* Respondents were served on April 10, 2026. *Response* [#12] at 4 n.2.

     Respondents state that in the time between Petitioner's bond hearing and the date they were served, Petitioner posted bond and was released from ICE custody, subject to GPS monitoring. *Resp'ts' Ex. 1, Order of the Immigration Judge* [#12-1]; *Resp'ts' Ex. 2, Himelspach Decl.* [#12-2] at 3. Accordingly, Respondents argue that the Petition [#1] giving rise to this action is moot. *Response* [#12] at 4.

     On review of this case, the Court cannot identify any request for relief in either the Petition [#1] or the Motion [#9] that is not now moot based on the Petitioner's release. Accordingly,

     IT IS HEREBY **ORDERED** that Petitioner shall file either an amended petition for habeas relief or dismissal papers no later than **May 19, 2026**.

---

[1] Petitioner names Robert Hagan as the Acting Director of the Denver Field Office for U.S. Immigration and Customs Enforcement. Mr. Valdez is automatically substituted in Mr. Hagan's place pursuant to Fed. R. Civ. P. 25(d).

Dated: April 28, 2026