**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-00665-KAS

VARLAM JANGVELADZE,

      Petitioner,

v.

GEORGE VALDEZ, ICE Field Office Director, Denver, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement, and
WARDEN OF THE DENVER CONTRACT DETENTION FACILITY,

      Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the order (ECF No. 21) of Magistrate Judge Kathryn A. Starnella entered on July 26, 2026, it is

ORDERED that the Amended Petition [ECF No. 17] is DENIED.

IT IS FURTHER ORDERED that the Motion to Enforce Judgment [ECF No. 9] is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of Court is directed to terminate this case.

Dated this 28th day of July, 2026.

                        FOR THE COURT:
                        JEFFREY P. COLWELL, CLERK

By:    s/L. Galera, Deputy Clerk